# United States Court of Appeals
## For the First Circuit

No. 20-1208

BRITTANY IRISH, individually and as Personal Representative of the Estate of Kyle Hewitt; KIMBERLY IRISH,

Plaintiffs, Appellants,

v.

DETECTIVE JASON FOWLER; DETECTIVE MICAH PERKINS; SERGEANT DARRIN CRANE,

Defendants, Appellees,

and

STATE OF MAINE; STATE POLICE OF THE STATE OF MAINE; JOHN DARCY; ANDREW LEVESQUE,

Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on November 5, 2020, is amended as follows:

On page 5, line 11, replace "threated" with "threatened"

On page 6, line 2, replace "threated" with "threatened"

On page 31, line 6, replace "burns" with "Burns"

On page 34, line 6, replace "award" with "awarded"